UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| THERESE KAPINGA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | 2:22-cv-00322-JAW |
| v. | ) | |
| | ) | |
| TERRACE POND, LLC, et. al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on July 27, 2023, her Recommended Decision. *Report and Recommended Decision* (ECF No. 14). Neither party filed an objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 14) and thereby:

- GRANTS in part the Defendants' Motion to Dismiss (ECF No. 4) as to the portion of Count I claiming violation of the Maine Civil Rights Act, 5 M.R.S. § 4684-A, the portion of Count II claiming retaliation

in violation of 5 M.R.S. § 4633(1), Count IV (negligence), and Count VI (NIED), and otherwise DENIES the motion;

- GRANTS the Plaintiff's motion to amend (ECF No. 8) to the extent that she seeks to revise factual content, incorporate her concessions, and add a UTPA claim predicated on failures to renew her lease or return her security deposit, and otherwise DENIES the motion; and

- ORDERS the Plaintiff to file a revised proposed first amended complaint consistent with this ruling within fourteen days of its issuance.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2023